IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN: SWIG, | No. C 07-80066 WHA |
| Plaintiff, | |
| v. | **ORDER ALLOWING FILING** |
| JON R. ROLOFSON, and ELIZABETH F. (LIZ) ROGERS; (principal defendants); and PAT SWEETEN (current Clerk, Administrator); | |
| Defendant. | |

In two prior orders by judges of this district, plaintiff Julian: Swig has been declared a vexatious litigant. *Swig v. Officer Jones #66*, No. C 90-2456 RFP; *Swig v. Kish #76*, No. C 84-5836 MHP. (Plaintiff has also filed other complaints under the names "Jullian Swig" and "Julian Swig.") It is unclear what plaintiff's allegations were for which he was declared vexatious in 1984 by Judge Marilyn Patel. The most recent order declaring plaintiff vexatious issued in April 1991 and held that plaintiff should not be permitted to file actions challenging the constitutionality of the California Vehicle Code.

The instant action does not appear to relate to the issues raised in the prior orders requiring prefiling review. Moreover, it appears to have been almost six years since plaintiff's last filing in this district and sixteen years since the last order declaring him to be vexatious. *Swig v. Plummer*, No. C 01-00180-PJH. Without passing on the merits of plaintiff's instant

action, this order **DIRECTS THE CLERK TO FILE** plaintiff's complaint. After performing the review required by 28 U.S.C. 1915(e)(2)(B), the judge to whom this action is assigned may want to consider issuing an updated "no-filing" order.

**IT IS SO ORDERED.**

Dated: March 8, 2007.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE